B3B (Official Form 3B) (11/12)-- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  Willie D. Tucker

Debtor(s)

Case No. 13-80318

Chapter 7

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$16.50 on or before 3/1/13
$16.50 on or before 4/1/13
$16.50 on or before 5/1/13
$16.50 on or before 6/1/13

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on __ at __ .m. at __. (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: FEB 12 2013

BY THE COURT:

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

CERTIFICATE OF MAILING

    I, Jody Clarke, certify that on February 12, 2013, I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via First Class Mail and/or electronically via the Court's electronic notification system:

| | |
|---|---|
| Willie D Tucker | Attorney David L Stretch |
| 400 Leah Lane, Apt. 1B | 5447 West Bull Valley Road |
| Woodstock, IL 60098 | McHenry IL 60050-7410 |

*Jody Clarke* (signature)
Jody Clarke
Relief Courtroom Deputy
(779)772-8331